NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MATTHEW SALLA,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )     Case No. 2D17-1052
                                        )
PNC BANK, NATIONAL ASSOCIATION,         )
                                        )
          Appellee.                     )
_____  )

Opinion filed July 11, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Mark P. Stopa of Stopa Law Firm, LLC,
Tampa, and Latasha Scott of Lord
Scott, PLLC, Tampa, for Appellant.

Kimberly Held Israel, N. Mark New, II,
and William L. Grimsley of McGlinchey
Stafford, Jacksonville; and Joseph A. Apatov
of McGlinchey Stafford, Fort Lauderdale, for
Appellee.


PER CURIAM.


          Affirmed.


KELLY, VILLANTI, and KHOUZAM, JJ., Concur.